NUMBER 13-00-624-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


JUAN GONZALEZ
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 156th District Court 


of Bee County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, JUAN GONZALEZ, perfected an appeal from a judgment
entered by the 156th District Court of Bee County, Texas, in cause
number B-00-M003-0-PR-B. This cause is before the Court on the
notice of appeal and the trial court's findings that appellant wishes to
withdraw his notice of appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 2nd day of November, 2000.